UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TODD BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:11-cv-01716-MJD-TWP |
| WESTFIELD INSURANCE CO, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Having this day granted summary judgment in favor of Defendant; the Court hereby enters **JUDGMENT** in favor of Defendant and against the Plaintiff.  Plaintiff shall take nothing by way of his complaint.

SO ORDERED.

Date: 05/10/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Byron Joseph Davis
Attorney at Law
bjosephdavis@comcast.net

Anthony J. Oliveira
B. JOSEPH DAVIS, ATTORNEY AT LAW, P.C.
anthony_oliveira@comcast.net

Bruce P. Clark
BRUCE P. CLARK & ASSOCIATES
bpc@bpc-law.com

Court L. Farrell
BRUCE P. CLARK & ASSOCIATES
clf@bpc-law.com

Jennifer E. Davis
BRUCE P. CLARK & ASSOCIATES
jed@bpc-law.com

Katherine Yvonne Gappa
BRUCE P. CLARK & ASSOCIATES
kyg@bpc-law.com